UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C.R. K'NAPP,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.,<br><br>          Defendants. | Case No.  1:13-cv-01044-AWI-MJS (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 28 U.S.C. § 1983.

      On February 12, 2014, the undersigned issued findings and recommendations to revoke Plaintiff's in forma pauperis status and to require that he pay the $400 filing fee in full within twenty-one days. The District Judge assigned to the case adopted the findings and recommendation in full on March 17, 2014.

      Plaintiff appealed. His appeal was dismissed on November 26, 2014.

      Plaintiff has not paid the filing fee in this action.

      Accordingly, it is HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, Plaintiff shall either pay the $400 filing fee in full, or show cause as to why this action should not be dismissed; and
2. If Plaintiff fails to show cause or pay the $400 filing fee, this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **December 3, 2014**          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE